UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In Re:   Dial Complete Marketing
and Sales Practices Litigation

Case No. 11-md-2263-SM
11-cv-2276-SM

O R D E R

By notice dated September 15, 2011, Attorney Donald Amamgbo was instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   On October 21, 2011, after the 30-day period had expired, the clerk's office contacted Attorney Amamgbo's office by telephone as a courtesy to remind him of the obligation to register for ECF.

Attorney Amamgbo shall register for ECF on or before January 27, 2012.   Failure to register by that date shall result in Attorney Amamgbo being removed as counsel of record, and he will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.

Date: January 13, 2012

/s/   Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:   Counsel of Record via ECF

Counsel of Record via US Mail:
*John E. Galvin, Esq.*
*Fred R. Rosenthal, Esq.*
*Donald Amamgbo, Esq.*
*Ronie M. Schmelz, Esq.*
*David Skall, Esq.*
*Paul E. Benson, Esq.*